UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

       - v. -

VICTOR BURNS,
            Defendant.
- - - - - - - - - - - - - - - - -x

:   INFORMATION

:   21 cr 511 (KMK)

## COUNT ONE

(Bank Fraud)

The United States Attorney charges:

1.  From at least on or about March 12, 2019, up to and including at least on or about March 25, 2019, in the Southern District of New York and elsewhere, VICTOR BURNS, the defendant, willfully and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, VICTOR BURNS stole an ATM card belonging to an individual ("Victim-1") and used that ATM card in Orange County, New York to withdraw money from Victim-

1's account without permission or authorization.

(Title 18, United States Code, Sections 1344 and 2.)

## COUNT TWO

(Obstruction of Justice)

The United States Attorney further charges:

2. From in or about at least April 2019 through in or about at least May 2019, in the Southern District of New York, VICTOR BURNS, the defendant, (1) corruptly did persuade another person, and attempt to do so, and engage in misleading conduct toward another person, with intent to influence, delay, or prevent the testimony of any person in an official proceeding, and (2) corruptly did obstruct, influence, and impede an official proceeding, and attempt to do so, to wit, VICTOR BURNS, the defendant, attempted to persuade Victim-1 not to testify at a hearing in White Plains Federal Court concerning a violation of supervised release premised on the conduct alleged in Count One of this Information and other conduct.

(Title 18, United States Code, Sections 1512(b)(1), (c)(2), and 2.)

_____
AUDREY STRAUSS
United States Attorney