UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA

           - v. -

VICTOR BURNS,

                      Defendant.
---------------------------------x

**ORDER**

21 Cr. 511 (KMK) and 12 Cr. 111 (KMK)

Upon the application of Michael Burke., counsel for the defendant, VICTOR BURNS, with the consent of the United States, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Marcia S. Cohen, of counsel, it is hereby

**ORDERED** that, in connection with *United States v. Victor Burns*, 2012 Cr. 111 (KMK), the defendant **VICTOR BURNS (USM # 66352-054)** shall be **RELEASED** from U.S. Marshal custody on October 21, 2021 on or before 10 a.m., so that he can participate in a treatment program at Phoenix House, Hauppauge, New York; and it is further

**ORDERED**, that, before his release from the custody of the U.S. Marshals, VICTOR BURNS will sign a bond at the United States Clerk's Office-White Plains in connection with *United States v. Victor Burns*, 2021 Cr. 511 (KMK); and it is further

**ORDERED** that VICTOR BURNS will be released from U.S. Marshal custody to a member of BURNS' family who will escort BURNS to Phoenix House in Hauppauge, New York on October 21, 2021; and it is further

1

**ORDERED** that the Clerk of the Court serve a copy of this Order upon the United States Marshals Service for the Southern District of New York.

DATED:   October 20, 2021
         White Plains, New York

_____
HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK